THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. RAYMOND GERBER, Appellant.

(Argued February 16, 1931; decided March 24, 1931.)

*John V. Maloney, Robert J. Summers* and *Charles A. Hahl* for appellant.

*Guy B. Moore, District Attorney (Leo J. Hagerty* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: HUBBS, J.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. CARMINE LICENZIATA, Appellant.

(Argued February 16, 1931; decided March 24, 1931.)

*Edward J. Reilly* for appellant.

*William F. X. Geoghan, District Attorney (Henry J. Walsh* of counsel), for respondent.

Order affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: HUBBS, J.